IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GREGORY TURNER,<br><br>  Plaintiff,<br><br>v.<br><br>MEMPHIS AREA TRANSIT AUTHORITY,<br><br>  Defendant. | No. 2:20-cv-02210-SHL-atc |

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION TO ADD DEFENDANT**

Before the Court is Magistrate Judge Annie T. Christoff's Report and Recommendation, ("Report"), (ECF No. 41), filed May 13, 2022. Magistrate Judge Christoff recommends that the Court grant Defendant Memphis Area Transit Authority's ("MATA") Motion for Summary Judgment, (ECF No. 37), and deny Plaintiff Gregory Turner's Motion to Add Defendant. (ECF No. 34.)

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for granting summary judgment. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff Gregory Turner has filed no objections to the Magistrate Judge's Report, and the deadline to do so has now passed. The Court has reviewed the Report for clear error and finds

none. The Report's recommendations based on the untimeliness of Turner's 2018 failure-to-hire claim, as well as Turner's failure to demonstrate a genuine issue of material fact regarding his 2019 failure-to-hire claim, are well-supported. (See ECF No. 41 at PageID 274-84.) Moreover, these conclusions would remain the same even if Mid-South Transportation Management ("MTM") were added as a Defendant in this matter, as Turner's proposed claims against MTM are identical to those he asserted against MATA – all subject to summary judgment. Therefore, the Court **ADOPTS** the Magistrate Judge's Report, **GRANTS** MATA's Motion for Summary Judgment and **DENIES** Plaintiff's Motion to Add Defendant.

**IT IS SO ORDERED,** this 1st day of June, 2022.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE